IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG ALLEN WARD,

    Petitioner,

v.

M.C. EVANS,

    Respondent.
                                          /

No. C 10-0659 WHA (PR)

**ORDER OF DISMISSAL**

       This pro se civil action was filed on February 17, 2010. On that same day petitioner was notified that he had not paid the filing fee or filed an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with instructions and a return envelope. Petitioner was informed that if he did not pay the filing fee or file a completed in application to proceed in forma pauperis within thirty days, the case would be dismissed. No response has been received.

       This case is therefore **DISMISSED** without prejudice to filing a new petition in which petitioner either pays the filing fee or files a completed application to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated: March   30  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\WARD0659.DSM-IFP.wpd